# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Yuri Alexander Taylor,   Civil No. 14-3159 (DWF/BRT)

      Plaintiff,

v.   **ORDER ADOPTING REPORT AND RECOMMENDATION**

C. Solberg; Mr. M. Richer; and Shinnick,
all sued in their individual and official
capacities,

      Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated April 1, 2015.   (Doc. No. 13.) No objections have been filed to that Report and Recommendation in the time period permitted.   The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.   Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

    1.   Magistrate Judge Becky R. Thorson's April 1, 2015 Report and Recommendation (Doc. No. [13]) is **ADOPTED**.

    2.   This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute; or, in the alternative, **SUMMARILY DISMISSED**

**WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief can be granted.

3. Plaintiff Yuri Alexander Taylor's application to proceed *in forma pauperis* (Doc. No. [8]) is **DENIED AS MOOT**.

Dated: May 5, 2015         s/Donovan W. Frank
                           DONOVAN W. FRANK
                           United States District Judge